RECEIVED
2010 OCT -7 P 1:49
RICHARD W. WIEKING
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF CA
DMR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRENEO RECINTO, ET AL.,

           Plaintiff,

    v.

THE UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS, ET AL.,

           Defendant.
_____/

CASE NO.

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

ARNEDO S. VALERA         , whose business address and telephone number is

3930 Walnut St., Ste. 200, Fairfax, VA 22030, Tel. Nos: (703) 273-1196; (703) 273-6334

and who is an active member in good standing of the bar of  New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Plaintiffs Ireneo Recinto, et al.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  10/20/10

_____
DONNA M. RYU
United States  District  ~~Judge~~ Magistrate Judge

United States District Court
For the Northern District of California