1
2
3
4
5

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IRENEO RECINTO, et al., | Case No: C 10-4542 SBA |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS; ERIK K. SHINSEKI, Secretary of Department of Veterans Affairs; and W. SCOTT GOULD, Deputy Secretary of Veterans Affairs, | |
| Defendants. | |

In accordance with the Court's Order Granting Defendants' Motion to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: April 28, 2011

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge